

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Michael Slack, individually and as representative of the Estate of Carolyn Slack, deceased,

Vs. No. 11-18-00331-CV

Lubbock County Hospital District d/b/a University Medical Center,

\* From the 118th District Court of Howard County Trial Court No. 52748.

\* January 31, 2019

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has considered the parties' agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed and the cause is remanded to the trial court. The costs incurred by reason of this appeal are taxed against Michael Slack, individually and as representative of the Estate of Carolyn Slack, deceased.